SARAH SCHWARTZ, an Infant, etc., v. THE CITY OF NEW YORK. SAM SCHWARTZ v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

AMERICAN RAYON PRODUCTS CORPORATION v. BEAUNIT MILLS, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NATHAN LANDE v. ABNER GLUCK and Another, Copartners, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MANDEL GLEIT v. BARRY W. REDFEARN and Another. ROLAND M. MARSHALL and CLAUDE D. WATTS, Appellants.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ABIGAIL P. BARSOTTI v. CHARLES BARSOTTI, JR.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy, and O'Malley, JJ.

In the Matter of the Application of JOHN D. BEALS and Another, as Executors, etc., of JOHN WHALEN, Deceased, for Confirmation of the Probate of Paper Writing as a Will of Real and Personal Property.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MICHAEL ALIOTTA, Appellant, v. CHIARELLI STEVEDORING Co., INC., Respondent, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

A. DUNCAN REID, Appellant, v. H. W. ST. JOHN, Defendant, Impleaded with READY MIXED CONCRETE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ISIDORE SCHEINBERG and Others, Respondents, v. BEATRICE SCHEINBERG, Appellant, Impleaded etc.*—Judgment modified as indicated in order and as so modified affirmed, without costs, upon the ground that such stipulation not to collect future alimony due under a judgment of the court is unenforcible. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LOUISE HOOK, Respondent, v. THE SOUTHERN BOULEVARD RAILROAD COMPANY, Appellant, Impleaded, etc.—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOHN REILLY, Respondent, v. LEON C. WEINSTOCK, Appellant.—Judgment reversed and a new trial ordered, with costs to the appellant to abide the event unless plaintiff stipulates to reduce the judgment as entered to the sum of $3,652.35; in which event the judgment as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SIGMUND GUTFREUND and Another, Copartners, etc., Respondents, v. THE EAST RIVER NATIONAL BANK, Appellant, Impleaded, etc.—Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

* Revd., 249 N. Y. 277.